suit for seven dollars and fifty cents — one-half the amount which was charged for the original service. The plaintiff denies this, and the question litigated was whether this was the agreement, or whether there was an implied agreement on the part of the defendant to pay the fair value of the services. This latter view was accepted by the trial court, and we are of the opinion that the evidence warranted this conclusion. The judgment appealed from should be affirmed. Hooker, Gaynor, Rich and Miller, JJ., concurred. Judgment of the Municipal Court affirmed, with costs.

Irving C. Anderson, as Administrator de Bonis Non of Susan M. Anderson, Deceased, Respondent, v. Ossining Heat, Light and Power Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Louis Baldinger and Oscar Kupferman, Appellants, v. Henry Feldman and Thomas Maroselli, Respondents.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller JJ., concurred.

Daniel V. Barnes, Respondent, v. Nathan Tolkan, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Augustus C. Bedell, Plaintiff, v. The Empire State Surety Company, Defendant.— Defendant's exceptions overruled and judgment directed to be entered in favor of the plaintiff, with costs. No opinion. Woodward, Jenks, Hooker and Rich, JJ., concurred; Gaynor, J., taking no part.

Moses Botfeld, Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Order of the Municipal Court affirmed, without costs, because we are without power to reverse it. (See *Wendin* v. *Brooklyn Heights R. R. Co.*, 111 App. Div. 390.) Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Cannella and Stephen Cannella, Respondents, v. Selig Seligman, Appellant, Impleaded with Abraham Sugarman, Defendant.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Gertrude E. Childs, by Arthur S. Westfall, Her Guardian ad Litem, Respondent, v. Irving W. Childs, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Gertrude E. Childs, by Arthur S. Westfall, Her Guardian ad Litem, Respondent, v. Irving W. Childs, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Irving W. Childs, Appellant, v. Gertrude E. Childs, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Irving W. Childs, Appellant, v. Gertrude E. Childs, Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.